IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ROBERT H. FORD,                    }
                                   }
    Plaintiff,                     }
                                   }           CIVIL ACTION NO.
v.                                 }           03-AR-0852-M
                                   }
CITY OF GUNTERSVILLE,              }
ALABAMA,                           }
                                   }
    Defendant.                     }

## MEMORANDUM OPINION

    The court has been presented with a motion for relief filed by *pro se* plaintiff, Robert H. Ford, on June 11, 2003. It invokes Rule 60(b), F.R.Civ.P., and seeks to set aside the order of dismissal entered on May 12, 2003. There are several reasons why the said motion will be denied.

    First, plaintiff, who is a lawyer, concedes that he received the order of dismissal entered on May 12, 2003, at his address, 42 River Bend Circle, Gadsden, Alabama, but did not file a timely motion for rehearing pursuant to Rule 59(a) and (b), F.R.Civ.P. He alleges no excuse for not having done so.

    Second, plaintiff has not asserted any of the grounds set forth in Rule 60(b), and has alleged no facts that would constitute a basis for applying Rule 60(b).

    Third, plaintiff agrees that his address is the address used by defendant's counsel and by the Clerk of Court when defendant's counsel mailed his motion to dismiss and when the Clerk mailed a



copy of the motion docket. Although the court cannot speak for the defendant, it does note that the copy of the motion docket mailed to plaintiff by the Clerk was not returned by the United States Postal Service and was presumptively delivered.

Fourth, plaintiff's purported motion does not bear his signature, his address or his telephone number. It therefore violates Rule 11(a), F.R.Civ.P.

Plaintiff's motion will be denied by separate order.

DONE this 16th day of June, 2003.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE